# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASIR MASSEY-CAMPBELL** | : | CIVIL ACTION |
| *Plaintiff, pro se* | : | |
| | : | NO. 24-4146 |
| **v.** | : | |
| | : | |
| **BRIDGECREST ACCEPTANCE** | : | |
| **CORPORATION,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 2nd day of October 2025, upon consideration of Defendants Bridgecrest Credit Company, LLC's (erroneously sued as Bridgecrest Acceptance Corporation) and Daniel Gaudreau's *motion to dismiss Plaintiff's amended complaint*, (ECF 13), Plaintiff's response in opposition, (ECF 17), it is hereby **ORDERED** that, for the reasons set forth in accompanying Memorandum Opinion, Defendants' motion is **GRANTED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*